UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

v.                    **CASE NO. 3:11cv00096 BSM**

**FREDERICK S. STRAUB**                                                      **DEFENDANT**

## ORDER

The government moves to dismiss the petition to enforce IRS summons. [Doc. No. 3]. For good cause shown, the motion is granted and this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE